## 54540. BALLEW v. THE STATE.

BELL, Chief Judge.

A review of the evidence in this case conclusively shows that the evidence demands as a matter of law that the films "Dream Come True" and "The Heist" are obscene and are nothing more than hard core pornography. Thus the conviction and sentencing of the defendant for criminal violations arising under Code § 26-2101 are affirmed.

All other enumerated errors have no merit.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

SUBMITTED SEPTEMBER 21, 1977 — DECIDED NOVEMBER 16, 1977 — REHEARING DENIED DECEMBER 5, 1977 —

*Michael Clutter, Robert Eugene Smith,* for appellant.

*Arthur K. Bolton, Attorney General, Hinson McAuliffe, Solicitor, Leonard Rhodes, Richard E. Stark, Assistant Solicitors,* for appellee.